■ URSULA SCHWARZ et al., Appellants, v COMMUNITY HOSPITAL AT GLEN COVE et al., Respondents, et al., Defendant. [633 NYS2d 961] —Appeal by the plaintiffs from an order of the Supreme Court, Nassau County (Robbins, J.), dated July 22, 1994.

Ordered that the order is affirmed, with one bill of costs to the respondents appearing separately and filing separate briefs, for reasons stated by Justice Robbins at the Supreme Court. Mangano, P. J., Miller, Santucci and Hart, JJ., concur.